08 CIV 6396

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TPG REWARDS, INC.,

Plaintiff,

-v-

QUANTUM LOYALTY SYSTEMS, INC.,

Defendant.

Case No.

**Rule 7.1 Statement**

RECEIVED JUL 17 2008 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

TPG REWARDS, INC.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** July 17, 2008

*Robert T. Maldonado*
**Signature of Attorney**

**Attorney Bar Code:** RM-7873

Form Rule7_1.pdf  SDNY Web 10/2007