UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| TPG REWARDS, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 1:08-cv-06396 (JSR) |
| v. | : | |
| | : | |
| QUANTUM LOYALTY SYSTEMS, INC., | : | |
| | : | |
| | : | |
| Defendant. | : | |

_____:

## DECLARATION OF JOHN S. GALINOS

I, John S. Galinos, do hereby declare as follows:

1.      I am President and Chief Executive Officer of TPG Rewards, Inc. ("TPG"), Plaintiff in this action.  I make this declaration in support of TPG's motion for a preliminary injunction.  All statements contained herein are based on my personal knowledge, except where stated to be on information and belief.

*Background*

2.      TPG is a company which provides promotional services to its clients.  TPG's predecessor was The Properties Group, which was an agency of the Interpublic Group of Companies ("IPG") of New York, New York.  I started The Properties Group in 1997 and was its President through 2006.     Prior to starting The Properties Group, I worked for Bozell Worldwide, which was an IPG agency.  My boss at Bozell was Mr. Ron Randolph-Wall.  On information and belief, Mr. Randolph-Wall was terminated from Bozell.  After his termination, I started The Properties Group to continue the work which I had developed while at Bozell, namely, promotions and relationship marketing.  On information and belief, Mr. Wall left IPG

and started Quantum Loyalty Systems Inc. ("Quantum") around the same time. In 2006, IPG sold the assets of The Properties Group to the newly-formed TPG Rewards, Inc.

***The MOVIE CASH® Program***

3.      In around 1994, TPG's predecessor created an incentive awards program known as the MOVIE CASH® program.  The MOVIE CASH® program rewards purchasers of certain products with free or discounted movie tickets redeemable at movie theatres throughout the United States.  The MOVIE CASH® program is intended to boost product sales by attracting consumers with the offer of a free or discounted movie ticket in connection with the purchase of a particular product.  The customers of TPG are the companies or marketers who want to promote their products or services, not the ultimate consumers.

4.      The MOVIE CASH® program provides customers with three means for delivering the movie ticket to the consumer: (1) the traditional paper ticket; (2) a prepaid debit card; (3) an e-ticket obtainable by activating a promotion code.  An "e-ticket" is a movie ticket which is obtained electronically over the Internet, downloaded and printed by the consumer.

5.      The traditional paper ticket may be mailed to the consumer or packaged with the product being sold to the consumer.  The paper movie ticket essentially is a check, which the movie theatre owner deposits into its bank account.  The paper ticket is presented by the consumer directly to the movie theatre.

6.      The prepaid debit card also may be mailed to the consumer or packaged with the product being sold to the consumer.  The prepaid debit card looks, feels and functions like any other debit card which a consumer may have.  The consumer presents the prepaid debit card to the movie theatre for redemption, the same as he or she would with any debit card.

7.      For the e-ticket, the consumer is provided with a promotion code, which is either mailed to the consumer or packaged with the product being sold to the consumer.  The consumer then activates the promotion code on the Internet.  As a result of this activation, the consumer may obtain a movie ticket electronically, which then may be printed at home.  This movie ticket contains a 16-digit debit code (the same as found on traditional debit cards) which the consumer presents to the movie theatre for redemption. The movie theatre processes the debit code in the same way that it processes a prepaid debit card, except that the number must be keyed into a POS (point of sale) terminal since there is no physical debit card to swipe.

8.      TPG contracts with movie theatres throughout the United States which participate in its various MOVIE CASH® programs.  The vast majority of movie theatres in the United States accept the paper ticket for admission to their theatres.  An exception among major movie theatre chains is AMC Entertainment, Inc. ("AMC"), which, on information and belief, does not accept paper tickets issued by third parties.   On information and belief, AMC owns approximately 4,000 screens in the United States.   TPG, however, purchases movie tickets directly from AMC, which we distribute to consumers as needed.  Thus, with the combination of TPG-issued paper tickets and AMC-issued paper tickets, virtually every market in the United States has movie theatres which participate in the MOVIE CASH® program.  Some small, local, "mom and pop" theatres do not accept TPG paper tickets, nor do drive-in theatres.

9.      The debit cards issued by TPG may be presented to any movie theatre which accepts Mastercard.  However, the debit *codes* printed on the e-tickets issued by TPG are only accepted at theatres which have agreed to key in the debit codes without having a physical debit card to swipe in a POS machine, and at theatres which have agreed to accept the debit codes from consumers and then fax the debit codes to TPG for validation at certain intervals of time,

such as once per day.  This latter procedure is referred to as a "fax back."

10.    In 2006, TPG adopted the service mark e-MOVIE CASH™ to describe the segment of the MOVIE CASH® program which provides promotion codes to consumers which may be used to obtain movie tickets electronically.  Electronic movie tickets bearing debit codes, however, are not accepted at all theatres, as explained in the preceding paragraph.  But customers who select the e-MOVIE CASH™ program format may provide consumers with the option to obtain a paper ticket instead of an electronic ticket if there are no theatres in their area which accept the electronic ticket.  Therefore, the full database of movie theatres which participate in the MOVIE CASH® program is available to customers who select the e-MOVIE CASH™ program.  The only difference in the two programs is the method of delivery of the movie ticket. In the e-MOVIE CASH™ program, all movie tickets (electronic or paper) are delivered after validation of a promotion code.

11.    The promotion codes used in the e-MOVIE CASH™ program are validated at a website, which we sometimes create for each particular customer's program.  If it is a very small program, we do not create a new website, but rather allow the consumers to validate their codes on TPG's website, www.emoviecash.com/tpg/.

12.    TPG customizes each reward program based upon the customer's individual needs.  A customer may desire to use a combination of delivery methods for the movie tickets issued by the MOVIE CASH® program.  For example, a customer may elect to set up an e-MOVIE CASH™ program, where promotion codes are issued to consumers which must be activated online.   As described above, the customer may elect to provide consumers with the option of obtaining a traditional printed ticket by mail if no theatre which accepts electronic tickets is located nearby.  Such an e-MOVIE CASH™ program would provide a consumer with

a movie ticket (electronic or paper) which may be used at virtually any movie theatre in the United States.  We created such programs for Sony and Universal earlier this year.  Attached as Exhibit 1 is a printout from the Sony program which shows that a consumer who does not live near a theatre which accepts electronic movie tickets may opt to receive a paper ticket by mail instead.

13.     On information and belief, in 2007, there were approximately 38,794 movie theatre screens in the entire United States.  Of those, 635 were drive-in theatres.  This information is available on the website for the National Association of Theatre Owners ("NATO"), http://www.natoonline.org/statisticsscreens.htm.  A printout of the NATO statistics on the number of U.S. movie screens is attached as Exhibit 2.  As the numbers show, the number of U.S. movie screens has increased every year since 2001.

14.     Virtually every market throughout the United States has at least one movie theatre which participates in the MOVIE CASH® program in some manner.

15.     TPG and its predecessor have spent a considerable amount of money in establishing the service mark MOVIE CASH® in the minds of marketers and consumers as a source of high quality incentive awards services.  TPG's MOVIE CASH® program, including the segment known as e-MOVIE CASH™, has developed an excellent reputation, and is well known throughout the United States.  TPG's billings to its customers exceed $20 million annually.

16.     TPG is the owner by assignment of the United States Service Mark Registration for the mark MOVIE CASH® for promoting the goods and services of others through the administration of consumer incentive awards programs, featuring redeemable certificates, which was registered upon the Principal Register of the United States Patent and Trademark Office as Registration No. 2,631,349, which issued October 8, 2002.  A copy of this registration is

attached as Exhibit 3.  The registration is now incontestable.

### *Quantum's Distribution of a False Comparative Advertisement*

17.     In or around May 2008, I learned that a competitor of TPG, Quantum Loyalty Systems, Inc. ("Quantum") of Incline Village, Nevada, was distributing a comparative advertisement which promoted Quantum's "Hollywood Movie Money" program as supposedly having a "Superior Theater Network."  A copy of this comparative advertisement is attached as Exhibit 4.  The advertisement shows two maps of the United States side-by-side with flags superimposed on them.  The left map is labeled "Hollywood Movie Money," and is larger.  The right map is labeled "e-MOVIE CASH$^{TM}$," and is smaller.  The advertisement falsely states that the e-MOVIE CASH$^{TM}$ program has "200 Participating Movie Theater Companies," "17,981 Screens," and "49% Coverage."  All of these numbers are significantly incorrect.

18.     Initially, as explained above, the number of movie theatres which participate in the e-MOVIE CASH$^{TM}$ program depends on the particulars of the program, and may vary from only those theatres which accept electronic tickets to every movie theatre in the United States which accepts paper tickets.  Quantum's comparative advertisement clearly attempts to inform potential customers of the total number of theatres *available* under the e-MOVIE CASH$^{TM}$ program.  Using either end of the spectrum described above, the numbers presented by Quantum are false by a significant margin.

19.     Even if one were to consider only the universe of theatres which accept electronic movie tickets issued by TPG, which is not a true representation of the scope of the e-MOVIE CASH$^{TM}$ program, Quantum's numbers are significantly understated.  Because Quantum is a competitor, I do not want to publicly reveal those numbers.  On information and belief, shortly

after this dispute with Quantum began, an individual called TPG on behalf of Quantum and requested our database.  We did not provide it.

20.    On information and belief, Quantum's "Hollywood Movie Money" program is an incentive awards program similar to our MOVIE CASH® program, which provides both paper tickets and electronic tickets.  In its comparative advertisement, however, Quantum purports to compare its entire movie ticket award program, with only one segment of TPG's MOVIE CASH® program.  This comparison is false because it compares apples to oranges.  On information and belief, there is no significant difference between the movie theatre coverage available to customers of Quantum's "Hollywood Movie Money" program and customers of TPG's MOVIE CASH® program.  Quantum's comparative advertisement is literally false.

21.    When I discovered that Quantum was distributing false information about TPG's program, I immediately contacted our attorneys, who sent a cease and desist letter to Quantum on May 9, 2008.  We informed Quantum that its numbers were incorrect, and repeatedly requested that Quantum cease distributing the false comparative advertisement, but Quantum refused to do so.  Quantum alleged that it had constructed its map from information contained on TPG's website.  However, when TPG asked Quantum to show us that information, Quantum did not provide it.   On information and belief, Quantum distributed the false comparative advertisement without any prior substantiation.   TPG's website does not contain data to support Quantum's numbers.

***Quantum's Faulty Attempts To Substantiate Its Numbers***

22.    Instead, Quantum informed us that it allegedly conducted a study between June 2 and June 6, 2008, as an attempt to validate the information presented in its map.  Quantum

alleged that it used a locator, www.useyourcash.com, and "representative zip codes" to determine the extent of movie theatre coverage for the e-MOVIE CASH$^{TM}$ program.

23.     A consumer who receives a movie ticket or promotion code through TPG's MOVIE CASH$^{®}$ program may access a database, referred to as a "locator," to determine which movie theatres in her area will accept the movie ticket which she has received from TPG.  TPG maintains different movie theatre databases depending on the particular customer's program.  Many of these databases are customized to meet the customer's individual needs.  For example, a customer may desire to direct consumers only to movie theatres which serve certain beverages, for example, Coca Cola.  The ticket which the customer receives instructs the customer as to which locator she should access to locate nearby movie theatres.  Attached as Exhibit 5 is a sample printout of an e-ticket issued through the e-MOVIE CASH$^{TM}$ program.  At the bottom of the ticket, it reads: "To locate a participating theater near you, visit out theater locator at: www.emoviecash.com/locator."     The URL of the locator may vary depending on each customer's program.

24.     The consumer searching for theatres in her area enters her zip code in the locator, and receives a list of all theatres within a specified radius of that zip code.  Attached as Exhibit 6 is a printout of the initial screen for the locator, www.emoviecash.com/locator.  The locator does not provide a tally of all theatres in the database.  Theatre listings are only provided in response to entry of a zip code.  On information and belief, there are approximately 43,000 zip codes in the United States.

25.     While the locator allegedly used by Quantum, www.useyourcash.com, to attempt to divine the scope of coverage of TPG's MOVIE CASH$^{®}$ program, is accessible through TPG's website, it does not represent the full extent of movie theatre coverage for customers of the e-

MOVIE CASH<sup>TM</sup> program.  Nor does it claim to represent that.  That locator is used for certain limited programs.  As discussed above, the extent of movie theatre coverage for customers of TPG's e-MOVIE CASH<sup>TM</sup> program is virtually every market in the United States.

26.    All consumers receiving promotion codes issued through the e-MOVIE CASH<sup>TM</sup> program would not use the www.useyourcash.com locator.  As described above, the locator which the consumer would use would depend on the particular promotional program.  Some programs direct consumers to the www.useyourcash.com locator, and other direct customers to other locators.  The www.useyourcash.com locator does not include all movie theatres in TPG's database.  Quantum's use of this locator to represent to potential customers the scope of coverage available through TPG's e-MOVIE CASH<sup>TM</sup> program is incorrect, and conveys a false message to the public.

27.    Quantum's comparative advertisement contains very precise numbers.  Quantum could not have determined the precise number of participating movie theatres using the methodology it allegedly employed, i.e. by entering "representative zip codes" in the locator and tallying the results.  Quantum sent TPG a detailed report of its methodology and findings, which is attached as Exhibit 7.  This methodology is flawed for many reasons.  First, on information and belief, Quantum entered 44 zip codes out of 43,000 possible zip codes in the United States.  This is not a representative sampling.  Second, Quantum focused mostly on rural markets.  The results from rural markets cannot be extrapolated to the entire United States.  Third, the locator used by Quantum identifies participating *theatres* which accept electronic tickets, but it does not identify the number of screens at each theatre.  Quantum's comparative advertisement misrepresents the number of "movie theater companies" and the number of "screens," not the number of "movie theatres."  Fourth, as discussed above, the locator used by Quantum,

www.useyourcash.com, does not include any theatres which use the "fax back" method to accept debit codes, nor does it include theatres which accept paper tickets issued under the e-MOVIE CASH$^{TM}$ program, so it is not comprehensive. For all of these reasons, Quantum's attempt to substantiate its numbers after the fact fails.

28.     We informed Quantum of these deficiencies, but Quantum continued its refusal to withdraw the false comparative advertisement unless TPG provided it with the numbers it should use. TPG declined to do so.

**TPG Has Suffered and Will Continue To Suffer Harm and Injury**

29.     TPG and Quantum are the two major promotion companies which provide incentive awards programs, such as movie ticket rewards, to marketers who seek to promote their products and services to consumers. TPG's customers are marketers or companies seeking to promote their products or services. For example, Safeway Inc., the grocery store chain, had been a customer of TPG in the past.

30.     Quantum is a direct competitor of TPG in the market for incentive awards program services, and sells its services to the same types of customers. TPG's incentive awards program services and Quantum's incentive awards program services are competitive services sold in the same channels of trade to similar customers.

31.     TPG primarily advertises its services in the online versions of various trade publications, such as "Promo" magazine. TPG also engages in e-mail campaigns to potential customers in which we send promotional materials about TPG's services by e-mail. Employees of TPG also attend various trade shows, such as the Premium & Incentive Trade Show, the Promo Expo, and the Motivation Show. Finally, TPG promotes its services by conducting direct

in-person presentations to potential customers.  Quantum advertises in some of the same publications as TPG and attends some of the same trade shows.  In addition, on information and belief, Quantum conducts direct in-person presentations to some of the same potential customers as TPG.  TPG and Quantum compete for the same business.

32.    The customers of TPG and Quantum, i.e. marketers of products or services, which desire an incentive awards program, will choose between TPG and Quantum or another provider of such services for that program.  On information and belief, customers who purchase Quantum's services for a particular type of program, e.g. a movie ticket program, will not purchase TPG's services for that program because both parties offer promotion services.  For example, Safeway is no longer a customer of TPG, but instead is customer of Quantum now.  I do not know of any TPG customer who also has chosen Quantum to execute the same type of rewards program.  On information and belief, customers will decide to purchase Quantum's "Hollywood Movie Money" program because of the false and misleading statements Quantum is making in its false comparative advertisement, which explicitly misrepresents the scope of TPG's services.  Any customer who so chooses Quantum over TPG is a lost customer of TPG.

33.    On information and belief, Quantum has distributed the false comparative advertisement at issue in this case during sales presentations to potential and existing customers of TPG.  On information and belief, Quantum has demanded that such potential and existing customers sign a non-disclosure agreement to prevent such customers from showing the false comparative advertisement to anyone else.  On information and belief, Quantum has made this demand in an attempt to keep its nefarious activities secret.

34.    On information and belief, as a result of Quantum's false and misleading claims in its advertising, customers interested in a movie ticket incentive awards program have been

diverted from TPG to Quantum.  TPG has suffered and will continue to suffer from loss of customers.  These injuries are irreparable.

35.    No prior application has been made for the relief sought by this motion for a preliminary injunction.


I hereby declare under penalty of perjury of the United States of America that the foregoing statements are true and correct.


New York, New York

July 22 , 2008                                      John S. Galinos

12

# Exhibit 1



There are no participating e-Movie Cash theaters within 15 miles of your zip code. You can still choose to download your e-Movie Cash ticket to the movies. Click on the participating theaters link on the bottom of this page to see the participating theaters within a broader range of your zip code.

## Yes, I still want to download a $7.50 movie ticket. ▶

If you prefer, you can have a Movie Cash certificate mailed, which you will be able to use in your area. If you select Movie Cash, please allow 2 to 3 weeks for delivery.

## Please mail me a $7.50 Movie Cash certificate. ▶

## Enjoy the Show!*

*Important: Only one selection above may be made. If you choose to download a movie ticket, you may not request a Movie Cash certificate. If you choose to be mailed a Movie Cash certificate, you may not download a movie ticket.

QUESTIONS? PLEASE CALL 1-800-290-0816 MONDAY - FRIDAY, 9AM TO 5PM EST. OR CLICK HERE
FAQ | PARTICIPATING THEATERS | PRIVACY POLICY | WWW.SONYPICTURES.COM

# Exhibit 2



# NATO

## National Association of Theatre Owners

www.natoonline.org

**Quick Links**

Search

* Home
* The Reel Blog
* Digital Cinema
* Movie Theft
* Movie Ratings
* Release Windows
* Publications
* Statistics
* FAQs
* Calendar of Events
* Conventions
* Talking Points
* Members Only
* Legislation
* Issues
* Industry Links
* Contacts

### NUMBER OF U.S. MOVIE SCREENS

| Year | Indoor | Drive-In | Total |
|------|--------|----------|-------|
| 2007 | 38,159 | 635 | 38,794 |
| 2006 | 37,776 | 649 | 38,415 |
| 2005 | 37,092 | 648 | 37,740 |
| 2004 | 36,012 | 640 | 36,652 |
| 2003 | 35,361 | 634 | 35,995 |
| 2002* | 35,170 | 666 | 35,836 |
| 2001* | 34,490 | 683 | 35,173 |
| 2000* | 35,567 | 683 | 36,280 |
| 1999* | 36,448 | 683 | 37,131 |
| 1998 | 33,418 | 750 | 34,168 |
| 1997 | 31,050 | 815 | 31,865 |
| 1996 | 28,905 | 826 | 29,731 |
| 1995 | 26,995 | 848 | 27,843 |
| 1994 | 25,830 | 859 | 26,689 |
| 1993 | 24,789 | 837 | 25,626 |
| 1992 | 24,344 | 870 | 25,214 |
| 1991 | 23,740 | 899 | 24,639 |
| 1990 | 22,904 | 910 | 23,814 |
| 1989 | 21,907 | 1,014 | 22,921 |
| 1988 | 21,632 | 1,497 | 23,129 |
| 1987 | 20,595 | 2,084 | 22,679 |

Indoor screen/site counts are for the last day of each year.
Because many drive-ins are closed for the winter on Dec. 31,
drive-in screen counts for each year are tallied the previous
summer.

*Revised

Figures do not include Puerto Rico screens

**News**

* Association News
* The Reel Blog
* In Focus
* Magazine Archive
* Press
* FAQs

**Publications**

* Boxoffice Magazine

# Exhibit 3

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,631,349

Registered Oct. 8, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

# MOVIE CASH

INTERPUBLIC GROUP OF COMPANIES, INC., THE (DELAWARE CORPORATION)
1271 AVENUE OF THE AMERICAS
44TH FLOOR
NEW YORK, NY 10020

    FOR: PROMOTING THE GOODS AND SERVICES OF OTHERS THROUGH THE ADMINISTRATION OF CONSUMER INCENTIVE AWARDS PROGRAMS FEATURING REDEEMABLE CERTIFICATES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-28-1994; IN COMMERCE 2-28-1994.

    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MOVIE", APART FROM THE MARK AS SHOWN.

    SER. NO. 76-334,342, FILED 11-6-2001.

RONALD MCMORROW, EXAMINING ATTORNEY

# Exhibit 4

# Superior Theater Network





**600 Participating Movie Theater Companies**
**36,049 Screens 98.5% Coverage**

**200 Participating Movie Theater Companies**
**17,981 Screens 49% Coverage**

**QuantumLoyalty.com**



**North America ★ South America**
**Europe ★ Australia**

# Exhibit 5



The attached e-Movie Cash can be redeemed for one admission ticket (up to $12.00), before 12/31/07 for any showing of any movie, at any of the participating theaters listed on: www.emoviecash.com/locator

## Enjoy the movie!

THEATER HANDLING INSTRUCTIONS: YOU MUST PROCESS E-MOVIE CASH IMMEDIATELY FOR ONE ADMISSION UP TO $12.00 BEFORE ISSUING A TICKET. Process e-Movie Cash as a MasterCard manually.
FOLLOW THE RESTRICTIONS BELOW AND REFER TO YOUR E-MOVIE CASH MANUAL. FOR MORE INFORMATION, CALL 212-907-7128 MONDAY - FRIDAY 9 A.M - 5



RESTRICTIONS: 1) Expires: 12/31/07. 2) Good for ONE movie admission up to $12.00 only. 3) No change to be provided. 4) Valid in the United States only. 5) Not valid in Puerto Rico. 6) If lost or stolen, cannot be replaced. 7) Not redeemable for cash. 8) Not for resale. 9) Valid for no coupon and no pass shows. 10) Cash value 1/100th of one cent. 11) Not valid with any other offer.  ATTENTION: This e-Movie Cash contains a unique code which can only be used for ONE movie admission. Using this e-Movie Cash to purchase anything other than a movie ticket will result in a failed transaction at the theater. Any other use of this code or use past the expiration date

# Exhibit 6



# Welcome to the e-MOVIE CASH™ theater locator

e-Movie Cash™ is your ticket to the Movies! Our theater locator will help you find and map the closest participating theater where you can use your e-Movie Cash™ certificate.

## How To Use the Theater Locator:

To perform a search for a participating theater near you, simply enter your zip code in the space provided below. Once you enter your zip code, choose the radius you would like to find a theater within and simply click the FIND IT button.

## Enjoy the show!

**SEARCH FOR PARTICIPATING THEATRES IN THE US**

by zip code                    in a radius of

[                ]              [ 10 m ]

[ FIND IT! ]

## RESTRICTIONS:

Always check the restrictions on your e-Movie Cash before presenting it at participating theaters. e-Movie Cash is valid for any show time-even for show times designated as "No Coupons, No Passes". Expired e-Movie Cash will not be renewed or accepted at the box-office. e-Movie Cash is valid in the United Sates only.

For further questions, simply call 1-212-907-7128 Mon-Fri 9 a.m-5 p.m. our customer service team is standing by to assist you.



e-Movie Cash Is a trademark of TPG Rewards Inc.
If you are an agency or brand and wish to learn more about e-Movie Cash and our other entertainment/lifestyle rewards, please visit our company site www.tpgrewards.com

# Exhibit 7



# e-Movie Cash

*June 9, 2008*

# Methodology

- To verify the accuracy of its information regarding e-Movie Cash, Hollywood Movie Money conducted a rigorous review between June 2 and 6. Visiting the E-Movie Cash locator at www.useyourcash.com, cities and towns of various sizes in several states were chosen at random and their zip codes were keyed requesting all theaters within a  50 mile radius.

- Screen shots were taken and are included in this booklet. We conclude that Hollywood Movie Money's initial portrait of e-Movie Cash is reasonably accurate.



# www.useyourcash.com

- Consumers wishing to use a  T.P.G. product visit www.useyourcash.com. They are then asked to indicate which reward they have. For movies, there is a Movie Cash and e-Movie Cash button.

- We note that there are significantly more participating theaters accepting the Movie Cash paper product than the e-Movie Cash reward. In some zip codes there are no e-Movie Cash participants but several that accept Movie Cash.



# Maine



Snapshot of e-Movie Cash locations from Hollywood Movie
Money Map, information supported by www.useyourcash.com.



## Sample of participating e-Movie Cash theaters within a 50 mile radius of 04210 Auburn, Maine.

*4 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 04401 Bangor, Maine.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 04609 Bar Harbor, Maine.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 04736 Caribou, Maine.
## 0 e-Movie Cash locations



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 04631 Eastport, Maine.

## *0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 04654 Machias, Maine.

## *0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 03907 Ogunquit, Maine.

## 6 e-Movie Cash locations



# Montana



Snapshot of e-Movie Cash locations from Hollywood Movie
Money Map, information supported by www.useyourcash.com.



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 59106 Billings, Montana.

## *2 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 59401 Great Falls, Montana.

## 1 e-Movie Cash location



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 59501 Havre, Montana.

## *0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 59901 Kalispell, Montana.

## *1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 59301 Miles City, Montana.
*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 59270 Sidney, Montana.

## *0 e-Movie Cash locations*



# Nebraska



Snapshot of e-Movie Cash locations from Hollywood Movie
Money Map, information supported by www.useyourcash.com.



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 68301 Beatrice, Nebraska.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 69337 Chadron, Nebraska.
## *0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 68847 Kearney, Nebraska.

## 7 e-Movie Cash locations



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 69152 Ogallala, Nebraska.
## *0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 68101 Omaha, Nebraska.
## 7 e-Movie Cash locations



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 69361 Scottsbluff, Nebraska.

*1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 69201 Valentine, Nebraska.
## *1 e-Movie Cash location*



# Texas



Snapshot of e-Movie Cash locations from Hollywood Movie
Money Map, information supported by www.useyourcash.com.



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 79120 Amarillo, Texas.

*2 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 78701 Austin, Texas.
*17 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 78102 Beeville, Texas.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 77801 Bryan, Texas.

*1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 79201 Childress, Texas.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 75110 Corsicana, Texas.

## *5 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 75201 Dallas, Texas.
## *34 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 79029 Dumas, Texas.

## *1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 75915 Lufkin, Texas.

*3 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 75460 Paris, Texas.

*2 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 78802 Uvalde, Texas.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 76701 Waco, Texas.

*4 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 76086 Weatherford, Texas.
## *19 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 76308 Wichita Falls, Texas.

## 2 e-Movie Cash locations



# Vermont



Snapshot of e-Movie Cash locations from Hollywood Movie
Money Map, information supported by www.useyourcash.com.



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 05401 Burlington, Vermont.

## *2 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 05602 Montpelier, Vermont.
## 1 e-Movie Cash location



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 05736 Rutland, Vermont.

## *1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 05478 St. Albans, Vermont.

*2 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 05819 St. Johnsbury, Vermont.
## *0 e-Movie Cash locations*



# Washington



Snapshot of e-Movie Cash locations from Hollywood Movie Money Map, information supported by www.useyourcash.com.



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 98274 Mount Vernon, Washington.
## *9 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 98502 Olympia, Washington.
## *16 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 99362 Walla Walla, Washington.

## *3 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 98801 Wenatchee, Washington.

## *1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 98902 Yakima, Washington.

## *2 e-Movie Cash locations*



# Cities Chosen At Random



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 58501 Bismarck, N.D.

*1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 02111 Boston, MA.

*16 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 06605 Bridgeport, CT.

*59 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 04736 Caribou, ME.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 25301 Charleston, WV.

*1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 45237 Cincinnati, OH.
*15 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 82414 Cody, WY.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 52807 Davenport, IA.

*6 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 85929 Lakeside, AZ.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 48912 Lansing, MI.

*13 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 88001 Las Cruces, N.M

*Please note: no theaters are in N.M. 6 locations in TX*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 90001 Los Angeles, CA.

*92 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 40220 Louisville, KY.

*8 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 33172 Miami, Fl.

*22 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 36604 Mobile, AL.

*5 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 85662 Nogales, AZ.

*1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 68108 Omaha, NE.

*7 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 85016 Phoenix, AZ.

## *6 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 15226 Pittsburgh, PA.

*16 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 02903 Providence, RI.

*17 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 54501 Rhinelander, WI.

*1 e-Movie Cash location*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 84106 Salt Lake City, UT.

*24 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 59270 Sidney, MT.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 57106 Sioux Falls, S.D.
*2 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 82443 Thermopolis, WY.

*0 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 74101 Tulsa, OK.

*15 e-Movie Cash locations*



# Sample of participating e-Movie Cash theaters within a 50 mile radius of 55110 White Bear Township, MN.

*13 e-Movie Cash locations*



# Contact:

### Hollywood Movie Money

926 Incline Way, Suite 200
Incline Village, NV  89451

Phone 888-796-0676
Fax 775-833-0909

