UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPG REWARDS, INC., | : |
| Plaintiff, | : Civil Action No. |
| | : 1:08-CV-06396 (JSR) |
| v. | : |
| QUANTUM LOYALTY SYSTEMS, INC., | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the **NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION, PLAINTIFF TPG REWARDS, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION, PURSUANT TO RULE 65(a), FED. R. CIV. P., DECLARATION OF JOHN S. GALINOS, and ORDER GRANTING PRELIMINARY INJUNCTION [PROPOSED]** were served by e-mail and Federal Express this 1st day of August, 2008 on counsel for Defendant at the following address:

    Michael E. Petrella, Esq.
    O'Shea Partners LLP
    90 Park Avenue, 20th Floor
    New York, New York  10016

    /s/ Tonia A. Sayour
    Tonia A. Sayour (TS-7208)
    Cooper & Dunham LLP
    1185 Avenue of the Americas
    New York, New York  10036
    (212) 278-0400
    tsayour@cooperdunham.com