UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TPG REWARDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUANTUM LOYALTY SYSTEMS, INC., <br><br> Defendant. | Civil Action No. <br> 1:08-cv-06396 (JSR) |

## NOTICE OF APPEARANCE

Sean F. O'Shea of O'Shea Partners LLP hereby respectfully enters his appearance as counsel for Defendant Quantum Loyalty Systems, Inc., in the above-captioned matter.

Date: August 11, 2008

_____
Sean F. O'Shea (SO-5476)
O'SHEA PARTNERS LLP
90 Park Avenue, 20th Floor
New York, New York 10016
T: (212) 682-4426
F: (212) 682-4437
soshea@osheapartners.com

*Attorneys for Defendant*