UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TPG REWARDS, INC.,

          Plaintiff,

v.

QUANTUM LOYALTY SYSTEMS, INC.,

          Defendant.

Civil Action No.
1:08-cv-06396 (JSR)

---

### DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Quantum Loyalty Systems, Inc. states it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date:  August 11, 2008

                                                  Michael E. Petrella (MP 3794)

                                                  O'SHEA PARTNERS LLP
                                                  90 Park Avenue, 20th Floor
                                                  New York, New York 10016
                                                  T: (212) 682-4426
                                                  F: (212) 682-4437
                                                  mpetrella@osheapartners.com

                                                  *Attorneys for Defendant Quantum Loyalty Systems, Inc.*