UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
TPG REWARDS, INC.,                              )
Plaintiff,                                      )      Civil Action No.
                                                )      08-CV-06396(JSR)
                                                )
                                                )
v.                                              )
                                                )
QUANTUM LOYALTY SYSTEMS, INC.,                  )
Defendant.                                      )
------------------------------------------------X

## NOTICE OF APPEARANCE

Brian T. Moriarty of Hamilton, Brook, Smith & Reynolds, PC hereby respectfully enters his appearance as counsel for Defendant Quantum Loyalty Systems, Inc., in the above-captioned matter.

Respectfully submitted by

_____
Brian T. Moriarty (BM-7882)
HAMILTON, BROOK, SMITH &
    REYNOLDS, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  978.341.0036
Facsimile:   978.341.0136
brian.moriarty@hbsr.com

Attorney for Defendant
QUANTUM LOYALTY SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the foregoing NOTICE OF APPEARANCE was served by first-class mail, postage prepaid this 5th day of September 2008 on counsel for Plaintiff at the following address:

Robert T. Maldano, Esq.
COOPER & DUNHAM LLP
1185 Avenue of the Americas
New York, New York  10036

_____
Brian T. Moriarty

832997_1